UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER LOUIE LOPEZ,

                Plaintiffs,

   v.

OFFICER MAROSCO, *et al*.,

                Defendants.

Case No. C17-0735-JCC-MAT

REPORT AND RECOMMENDATION

Plaintiff Alexander Lopez is currently confined at the City of Kent Corrections Facility in Kent, Washington. (*See* Dkt. 1 at 1.) On May 10, 2017, plaintiff submitted to the Court for filing a civil rights complaint under 42 U.S.C. § 1983. (*See* Dkt. 1.) Plaintiff alleges in his complaint that the City of Kent Corrections Facility, and its officers, have violated his Eighth Amendment rights by placing him in restraints before showers, thereby preventing him from properly cleaning himself. (Dkt. 1-1 at 3.) He further asserts that he recently slipped and fell in the shower as a result of being restrained, and that he was denied medical treatment for injuries suffered in the fall. (*Id*. at 3, 5.)

While plaintiff submitted an application to proceed *in forma pauperis* with his complaint,

REPORT AND RECOMMENDATION - 1

he failed to attach to his application a certified copy of his prison trust account statement.[1] (*See* Dkt. 1.) The Clerk therefore sent plaintiff a letter advising him that his submission was deficient and that he would have to submit a copy of his prison trust account statement by June 12, 2017, or risk dismissal of this action. (Dkt. 2.) To date, plaintiff has not submitted his trust account statement to the Court for review.

As plaintiff has had ample time to correct the deficiency in his *in forma pauperis* application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect the right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 14, 2017**.

DATED this 19th day of June, 2017.

Mary Alice Theiler
United States Magistrate Judge

---

[1] Plaintiff did submit an inmate property receipt with his complaint and application to proceed *in forma pauperis* (*see* Dkt. 1-2), but this document does not satisfy the requirement that plaintiff provide a copy of his inmate trust account statement showing transactions for the past six months.

REPORT AND RECOMMENDATION - 2