UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER LOUIE LOPEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER MAROSCO, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. C17-0735-JCC<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1)　The Court adopts the Report and Recommendation;

(2)　This action is DISMISSED without prejudice for failure to prosecute; and

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to Judge Theiler.

DATED this 14th day of July, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　　　John C. Coughenour
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION - 1