# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| ALEXANDER LOUIE LOPEZ,<br><br>            Plaintiff,<br>      v.<br><br>OFFICER MAROSCO, *et al.*,<br><br>            Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C17-0735-JCC |

\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_X\_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

   The Report and Recommendation is adopted and approved.  This action is DISMISSED WITHOUT PREJUDICE for failure to prosecute.


   DATED this 14th day of July 2017.

                                                                WILLIAM M. MCCOOL
                                                                Clerk of Court

                                                                 /s/ *Paula McNabb*
                                                                Deputy Clerk